# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ARROYO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, Warden,<br><br>　　　　Respondent. | Case No. ED CV 10-0590 PSG (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, Petitioner's Application for Certificate of Appealability, and the remaining record, and has made a *de novo* determination.

   Petitioner's Objections generally parrot and rehash the arguments made in the Petition, and lack merit for the reasons set forth in the Report and Recommendation.

   Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action with prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

1

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court denies Petitioner's Application for Certificate of Appealability.

DATED: __May 17, 2011_____

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE