# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ARROYO, | Case No. ED CV 10-0590 PSG (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: ___May 17, 2011_____

_____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE